**Lieff**
**Cabraser**
**Heimann&**
**Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

December 10, 2021

**VIA CM-ECF**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chamber 1350
New York, NY 10007

*[handwritten annotation: 12/14/2021 — The request is [illegible] granted / So ordered / [signature]]*

RE:  *In re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and VerSys Femoral Head Products Liability Litigation*
Case Numbers: 18-cv-10649; 18-MD-2859 (PAC); 18-MC-2859 (PAC)

Dear Judge Crotty:

In connection with Plaintiffs' response in opposition to Zimmer's motion for summary judgment, Plaintiffs intend to attach as exhibits two documents without prior sealing orders which Zimmer has designated confidential. Plaintiffs respectfully request permission to file under seal copies of the following filings:

- Exhibit F - excerpts of the Deposition Transcript of Odule Popoola dated October 2, 2020.

- Exhibit Y - excerpts of the Deposition Transcript of Justin Hertzler dated September 15, 2020.

Plaintiffs are unable to discern the bases for Zimmer's assertions of confidentiality, but are requesting to file the exhibits under seal under the assumption the confidentiality designations were made in good faith. The parties making the designations are better positioned than Plaintiffs to explain their confidentiality designations, if the Court has any questions about the bases for them. The chamber's copy electronically mailed to the Court will include copies of the foregoing exhibits.

Respectfully submitted,

*/s/Kelly K. McNabb*
Kelly K. McNabb
*On behalf of the Plaintiffs' Executive Committee*

cc:  Counsel of Record
2333588.1